IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAMONA LYN BOYER, Individually,
as Personal Representative and
as Administratrix of the Estate of
Bryan J. Boyer, Deceased, and on
Behalf of the Wrongful Death
Beneficiaries of Bryan J. Boyer,
Deceased, Namely Ramona Lyn Boyer,
Andrea Nichole Ayers, Bryan
Christopher Boyer, and Anita
Boyer                                                           PLAINTIFFS

    V.                Civil No. 05-6056

DANIEL P. BAKER, as Special
Administrator of the Estate of
Anne B. Baker, Deceased                                         DEFENDANTS


## O R D E R

NOW on this 25th day of May, 2006, comes on for consideration the plaintiffs' **Motion to Dismiss (Doc. 16)**.

IT APPEARING to the court that the matter has been settled, the motion is **GRANTED**. It is **ORDERED** that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, with each party to bear their own costs.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been

completed and that a party wishes this court to enforce the settlement agreement specifically.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE